**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-30014 |
| Plaintiff - Appellee, | D.C. No. 3:97-cr-00068-JKS |
| v. | |
| CYRUS D.A. BRASWELL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
James K. Singleton, Jr., District Judge, Presiding

Submitted August 25, 2015[**]

Before:    McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

Cyrus D.A. Braswell appeals from the district court's order denying his

motion for a sentence reduction under 18 U.S.C. § 3582(c)(2).  Pursuant to *Anders*

*v. California*, 386 U.S. 738 (1967), Braswell's counsel has filed a brief stating that

there are no grounds for relief, along with a motion to withdraw as counsel of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

record.  Braswell has filed pro se supplemental briefs.  No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**